JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE GUTIERREZ HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 14-2306 KES<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with the opinion.

Dated: September 16, 2015

_____
KAREN E. SCOTT
United States Magistrate Judge